**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

ZACHARY OMAR BOWERS, )
)
Plaintiff, )
)
v. )    Case No. CIV-25-493-D
)
ETHAN HICE, et al., )
)
Defendants. )

**ORDER**

Plaintiff, appearing through counsel, brought this civil rights action under 42 U.S.C. § 1983, alleging violations of Plaintiff's constitutional rights [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B)-(C) [Doc. No. 3].

On September 5, 2025, Judge Maxfield issued a Report and Recommendation recommending the Court dismiss Plaintiff's claims against Defendant Ethan Hice in his official capacity; Defendant John Doe #1 in his official and individual capacities; Defendant John Doe #2 in his individual and official capacities; and Defendant the County of Stephens County [Doc. No. 4]. The magistrate judge further recommended the Court retain Plaintiff's claim against Defendant Hice in his individual capacity. *Id.* This Court adopted Judge Maxfield's Report and Recommendation in its entirety [Doc. No. 5].

On January 5, 2026, Judge Maxfield issued an order directing Plaintiff to show cause on or before January 20, 2026, why this action should not be dismissed without prejudice for failure to effect timely service of process [Doc. No. 7].

1

Plaintiff's counsel represented to the Court that he did not see the order requiring service until over three months later [Doc. No. 9]. He asserts that Plaintiff became adverse to him in his state criminal proceeding when Plaintiff "put the performance of this counsel at issue" in the process of attempting to withdraw his plea. *Id.* Further, he contends that he has approached several other attorneys and believes that Plaintiff and his family would prefer different counsel. *Id.*

On February 12, 2026, Judge Maxfield issued a Report and Recommendation recommending the Court dismiss Plaintiff's claims against Defendant Hice in his individual capacity. In her report, Judge Maxfield notified Plaintiff of his right to file objections to the Report and Recommendation on or before February 26, 2026, and that failure to object waives Plaintiff's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objections to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 10] in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiff's claim for violation of civil rights under 42 U.S.C. § 1983 against Defendant Hice in his individual capacity [Doc. No. 1] is **DISMISSED** without prejudice.

**IT IS SO ORDERED** this 11th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge